IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROGER TONNA, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4966 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On November 27, 2010, defendants electronically filed their Notice of Motion and Motion to Dismiss, as well as a request for judicial notice. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each

1  electronically-filed document, the Court may impose sanctions, including, but not limited to,
2  striking from the record any electronically-filed document of which a chambers copy has not
3  been timely provided to the Court.
4     **IT IS SO ORDERED.**
5
6  Dated:  December 6, 2010
7                                                                    MAXINE M. CHESNEY
                                                                     United States District Judge