IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br>  v.<br><br>ROGER TONNA, et al.,<br><br>    Defendants.<br>_____ / | No. C-10-4966 MMC<br><br>**ORDER VACATING JANUARY 14, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS** |

     Before the Court is defendants Roger Tonna, Mary Tonna, and William Gilg's motion to dismiss, filed November 27, 2010, and noticed for hearing on January 14, 2011. Pursuant to the Civil Local Rules of this District, opposition was due no later than twenty-one days before January 14, 2011. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

     Accordingly, the Court deems the matter submitted on the moving papers and hereby VACATES the January 14, 2011 hearing date.

     **IT IS SO ORDERED.**

Dated: January 5, 2011

_____
MAXINE M. CHESNEY
United States District Judge