United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

  v.

ROGER TONNA, et al.,

    Defendants.
_____/

No. C-10-4966 MMC

**ORDER DENYING PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME; DENYING PLAINTIFF'S APPLICATION FOR RESTRAINING ORDER**

    Before the Court is plaintiff's "Application for Ex-Parte Order Shortening Time to Hear Motion for Leave to File and Amend First Amended Complaint," filed January 24, 2011, and plaintiff's "Ex-Parte Application for TRO Re-Preliminary and Permanent Injunction," also filed January 24, 2011. Having read and considered the above-referenced filings, the Court rules as follows:

    1. Plaintiff's motion for an order shortening time, by which plaintiff seeks to have her amended motion for leave to amend heard prior to the currently scheduled March 4, 2011 hearing,[1] is hereby DENIED, for the reason that plaintiff has failed to show good cause exists to hear the motion for leave to amend on shortened time. See Civil L.R. 6-3(a) (providing motion to shorten time must include, inter alia, showing that "substantial harm or

---

[1] Plaintiff's motion for leave to amend was initially noticed for hearing on February 18, 2011. On January 24, 2011, however, plaintiff filed an "amended" motion for leave to amend and re-noticed the hearing for March 4, 2011.

prejudice" would occur if time not shortened).

    2. Plaintiff's application for a temporary restraining order, by which plaintiff seeks an order requiring defendants to immediately provide plaintiff with money and/or an order attaching defendants' assets, is hereby DENIED.  Plaintiff's prior application seeking the same relief was denied by order filed January 18, 2011, and plaintiff fails to show any cognizable basis for reconsideration exists.  See Civil L.R. 7-9(b).

**IT IS SO ORDERED.**

Dated: January 27, 2011

_____
MAXINE M. CHESNEY
United States District Judge