IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>        Plaintiff,<br>  v.<br><br>ROGER TONNA, et al.,<br><br>        Defendants. | No. C-10-4966 MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 7, 2011, plaintiff Sharon Bridgewater filed a motion for summary adjudication, and noticed the motion for hearing on February 18, 2011.  Also, on January 7, 2011, plaintiff filed a motion to amend her complaint, which motion, as amended by plaintiff on January 24, 2011, is set for hearing on March 4, 2011.

To ensure a reasonably orderly procedure, the hearing on plaintiff's motion for summary adjudication is hereby CONTINUED from February 18, 2011 to March 4, 2011.

Further, in light of the pendency of the above-referenced motions, as well as the pendency of defendants' motion to dismiss plaintiffs' complaint,[1] the Initial Case Management Conference is hereby CONTINUED from February 18, 2011 to April 29, 2011, at 10:30 a.m..  A Joint Case Management Statement shall be filed no later than April 22, 2011.

**IT IS SO ORDERED.**

Dated:  February 10, 2011

                                                MAXINE M. CHESNEY<br>                                                United States District Judge

---

[1] By order filed January 5, 2011, the Court took defendants' motion to dismiss under submission.