IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>        Plaintiff,<br>   v.<br><br>ROGER TONNA, et al.,<br><br>        Defendants. | No. C-10-4966 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** |

      Before the Court is plaintiff Sharon Bridgewater's Motion for Appointment of Counsel, filed February 14, 2011.  Having read and considered the motion, and having reviewed the docket of the instant matter, the Court rules as follows.

      Because plaintiff will not be subjected to any possible loss of physical liberty if she does not prevail in the instant action, she has no right to appointment of counsel, see Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981), nor are funds available from the district court to compensate appointed counsel.  Finally, plaintiff has not shown "exceptional circumstances" to warrant a search for volunteer counsel willing to accept an appointment, because plaintiff has failed to show she is likely to prevail on the merits of her claims, and has been able to sufficiently articulate the basis for her claims.  See Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

      Accordingly, the motion is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: February 22, 2011

_____
MAXINE M. CHESNEY
United States District Judge