IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

       Plaintiff,

v.

ROGER TONNA, et al.,

       Defendants.

No. CV-10-4966 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. Bridgewater's complaint is hereby DISMISSED, as follows:

        a. the First, Second, and Ninth Claims for Relief are DISMISSED without leave to amend; and

        b. the remaining claims, each of which arises under state law, are DISMISSED without prejudice to Bridgewater's refiling said claims in state court.

    2. Defendants' motion to dismiss is hereby DENIED as moot.

    3. Bridgewater's motions for summary adjudication, for a temporary restraining order, for a preliminary injunction, and for leave to amend are hereby DENIED.

Dated: March 30, 2011

                                          Richard W. Wieking, Clerk

                                          By: Tracy Lucero
                                          Deputy Clerk