IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROGER TONNA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-10-4966 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO RECONSIDER AND FOR LEAVE TO FILE AMENDED COMPLAINT; DENYING APPLICATIONS FOR TEMPORARY RESTRAINING ORDER AND TO SHORTEN TIME** |

　　　　Before the Court is plaintiff Sharon Bridgewater's "Motion to Reconsider, Vacate Judgment of Dismissal, Alter and Amend Judgment," filed April 27, 2011.  Having read and considered plaintiff's motion to reconsider, the Court hereby DENIES said motion for the reason plaintiff fails to show any cognizable basis for reconsideration exists.  See Fed. R. Civ. P. 60(b).

　　　　Further, in light of the denial of the motion to reconsider, plaintiff's "Motion with Leave to File a First Amended Complaint," filed April 27, 2011, "Ex Parte Application Temporary Restraining Order with Appointment of Temporary Receiver," filed April 27, 2011, and "Ex Parte Application for Order Shortening Time," filed April 27, 2011, are hereby DENIED as moot.

　　　　**IT IS SO ORDERED.**

Dated: April 28, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge