IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROGER TONNA, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4966 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO VACATE JUDGMENT, FOR LEAVE TO FILE AMENDED COMPLAINT, TO FILE UNDER SEAL, TO QUASH SERVICE, AND FOR SUMMARY ADJUDICATION; DENYING APPLICATIONS FOR TEMPORARY RESTRAINING ORDER AND TO SHORTEN TIME** |

    Before the Court is plaintiff Sharon Bridgewater's "Ex Parte Motion to Vacate Judgment of Dismissal," filed August 11, 2011.  Having read and considered plaintiff's motion to vacate, the Court hereby DENIES said motion for the reason plaintiff fails to show any cognizable basis exists for reconsideration of the judgment entered March 30, 2011. See Fed. R. Civ. P. 60(b).

    Further, in light of the denial of the motion to vacate the judgment, plaintiff's "Motion with Leave to File and [to] Amend an Original Complaint," filed August 11, 2011, "Motion to File Under Seal Complaint (Proposed Amended Complaint)," filed August 11, 2011,  "Ex Parte Motion [to] Quash Service," filed August 11, 2011, "Ex Parte Motion for Summary Adjudication," filed August 11, 2011, "Ex Parte Application Temporary Restraining Order with Asset Freeze," filed August 11, 2011, and "Application for Ex Parte Order Shortening

Time," filed August 11, 2011, are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated:  August 12, 2011

_____
MAXINE M. CHESNEY
United States District Judge