IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>Plaintiff,<br><br>v.<br><br>ROGER TONNA, et al.,<br><br>Defendants. | No. C-10-4966 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO VACATE JUDGMENT, FOR LEAVE TO FILE AMENDED COMPLAINT, FOR SUMMARY ADJUDICATION AND TO SHORTEN TIME; DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is plaintiff Sharon Bridgewater's "Ex Parte Motion to Vacate Judgment of Dismissal," filed September 19, 2011, as well as four other motions filed in connection therewith. Having read and considered plaintiff's motion to vacate, the Court hereby DENIES said motion for the reason plaintiff fails to show any cognizable basis exists for reconsideration of the judgment. (See Judgment, entered March 30, 2011); Fed. R. Civ. P. 60(b).

Further, in light of the denial of the motion to vacate the judgment, plaintiff's "Ex Parte Motion with Leave to File and [to] Amend Original Complaint," filed September 19, 2011, "Ex Parte Motion . . . for Summary Adjudication of Issues," filed September 19, 2011, "Ex Parte Application [for] Appointment of TRO/Temporary Restraining Order," filed September 19, 2011, and "Ex Parte Motion to Shortening [sic] Time," filed September 19, 2011, are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 21, 2011

_____
MAXINE M. CHESNEY
United States District Judge