IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROGER TONNA, et al.,<br><br>    Defendants.<br>_____/ | No. C-10-4966 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR RELIEF FROM JUDGMENT, TO RE-OPEN CASE, FOR LEAVE TO FILE AMENDED COMPLAINT, AND FOR SUMMARY ADJUDICATION; DENYING APPLICATIONS FOR TEMPORARY RESTRAINING ORDER AND TO SHORTEN TIME** |

    Before the Court is plaintiff Sharon Bridgewater's "Ex Parte Motion [for] Relief from Judgment(s)," filed October 12, 2011, and plaintiff's "Ex Parte Motion to Re-open Case," filed October 12, 2011.

    The instant filings represent, respectively, plaintiff's fourth and fifth attempts to set aside the judgment entered March 30, 2011. Having read and considered plaintiff's motions for relief from the judgment and to reopen the case, the Court hereby DENIES said motions for the reason plaintiff, again, fails to show any cognizable basis exists for reconsideration of the judgment entered March 30, 2011. See Fed. R. Civ. P. 60(b).

    Further, in light of the denial of the motions for relief from the judgment and to reopen the case, plaintiff's "Ex Parte Motion with Leave to File a First Amended Complaint," filed October 12, 2011 and amended October 13, 2011, "Ex Parte Motion for Summary

Adjudication of Issues," filed October 12, 2011, "Ex Parte Application Temporary Restraining Order with Asset Freeze," filed October 12, 2011, and "Ex Parte Application for Order Shortening Time," filed October 12, 2011, are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 24, 2011

MAXINE M. CHESNEY
United States District Judge