**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

      **C 10-4966 MMC**      Bridgewater v. Tonna, et al.,
      **C 11-5407 SBA**      Bridgewater v. Tonna, et al.

      On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

      [ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

      [ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the reassigned case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any date for hearing a noticed motion is vacated, and any motion must be re-noticed by the moving party to be heard before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for any appearance in court, which will be rescheduled by the undersigned.

**DATED:**  November 21, 2011

MAXINE M. CHESNEY
United States District Judge