IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

  v.

ROGER TONNA, et al.,

    Defendant.
_____/

No. C-10-4966 MMC

**ORDER DENYING PLAINTIFF'S MOTIONS TO VACATE, TO RE-OPEN CASE, FOR SUMMARY ADJUDICATION, FOR LEAVE TO FILE AMENDED COMPLAINT, AND FOR APPOINTMENT OF TEMPORARY RECEIVER; VACATING JANUARY 20, 2012 HEARING**

    Before the Court is plaintiff Sharon Bridgewater's "Motion to Vacate Order of Dismissal/Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(3)(6)," filed December 14, 2011, and plaintiff's "Motion to Re-open Case," filed December 14, 2011.

    The instant filings represent, respectively, plaintiff's sixth and seventh attempts to set aside the judgment entered March 30, 2011. Having read and considered plaintiff's motions to vacate and to reopen the case, the Court hereby DENIES said motions for the reason plaintiff, again, fails to show any cognizable basis exists for reconsideration of the judgment entered March 30, 2011. See Fed. R. Civ. P. 60(b).

    Further, in light of the denial of the motions to vacate and to reopen the case, plaintiff's "Motion for Summary Adjudication," filed December 14, 2011, "Motion with Leave

to File a First Amended Complaint," filed December 14, 2011, and "Motion for Appointment of Temporary Receiver," filed December 14, 2011, are hereby DENIED as moot.

The January 20, 2012 hearing scheduled by plaintiff is VACATED.

**IT IS SO ORDERED.**

Dated:  December 19, 2011

_____
MAXINE M. CHESNEY
United States District Judge