IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

  v.

ROGER TONNA, et al.,

    Defendant.

_____/

No. C-10-4966 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

    Before the Court is plaintiff Sharon Bridgewater's "Motion to Recondiser [sic] Alter and Amend Judgment," filed January 3, 2012.

    By the instant motion, plaintiff seeks reconsideration of the Court's order filed December 19, 2011. In its order filed December 19, 2011, the Court denied plaintiff's motion to vacate and motion to reopen the case, which motions represented plaintiff's sixth and seventh attempts to set aside the judgment entered March 30, 2011. Having read and considered plaintiff's motion to reconsider, the Court hereby DENIES said motion for the reason plaintiff fails to show any cognizable basis exists for reconsideration of the order filed December 19, 2011. See Fed. R. Civ. P. 60(b).

    **IT IS SO ORDERED.**

Dated: January 10, 2012

                                              MAXINE M. CHESNEY
                                              United States District Judge