Sharon Bridgewater
965 Mission Street #409
San Francisco, Ca 94103
415-410-5510

# UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF CALIFORNIA

Sharon Bridgewater,

    Plaintiff,

Vs.

Sharon Bridgewater,

    Plaintiff,

Vs.

Vs.

Roger Tonna, Mary Tonna
William Gilg, Jo-Lynne Q. Lee

And Does 1 thru 50 inclusive

    Defendants

) CASE No. C10-04966(MMC)

) **PARTIAL JUDGMENT**

1
2
3
4
5
6    This action came on for hearing before the Court, on _____
7  Honorable Maxine M. Chesney, District Judge Presiding, on a Motion for Summary
8  Adjudication and the evidence presented having been fully considered, the issue having been
9  duly heard and a decision having been duly rendered,
10     IT IS ORDERED AND ADJUDGED, that the Sharon Bridgewater is to
11
12  _____
13  _____
14  Dated: _____            _____
15                                    Maxine M. Chesney
16                                    United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

