IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON BRIDGEWATER,

    Plaintiff,

v.

ROGER TONNA, et al.,

    Defendant.

No. C-10-4966 MMC

**ORDER DENYING PLAINTIFF'S MOTIONS FOR ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE VACATED, TO AMEND COMPLAINT, FOR PRELIMINARY INJUNCTION AND ASSET FREEZE, AND FOR SUMMARY ADJUDICATION**

    The Court is in receipt of plaintiff Sharon Bridgewater's "Ex Parte Motion for Order to Show Cause Re: Vacation of Judgment/Order," filed March 30, 2012.

    The instant filing represents plaintiff's eighth attempt to vacate the judgment entered March 30, 2011. Having read and considered plaintiff's most recent motion to vacate the judgment, the Court hereby DENIES the motion for the reason plaintiff, again, fails to show any cognizable basis exists for reconsideration of the judgment entered March 30, 2011. See Fed. R. Civ. P. 60(b).

    Further, in light of said denial, plaintiff's "Ex Parte [Motion] to Amend Original Complaint," filed March 30, 2012, "Ex Parte Application for Order to Show Cause [Re:] Preliminary Injunction, Asset Freeze, With Appointment of Temporary Receiver," filed March 30, 2012, and "Declaration in Support[;] Statement of Undisputed Facts and

1  Conclusion[s] of Law," filed March 30, 2012 and which filing the Court construes as a
2  motion for summary adjudication, are hereby DENIED as moot.
3  **IT IS SO ORDERED.**

5  Dated: April 2, 2012

_____
MAXINE M. CHESNEY
United States District Judge